**Revised Abatement Order filed January 8, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00395-CR
_____

### ALEXI DOMINICK HEMPHILL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 339th District Court
Harris County, Texas
Trial Court Cause No. 1327402**

## REVISED ABATEMENT ORDER

On September 30, 2014, this court directed the trial court to conduct a hearing on appellant's motion for new trial regarding his contention that he was denied effective assistance of counsel at the punishment phase of trial because of counsel's failure to investigate, interview, and call witnesses to provide mitigating evidence. The order abated this appeal for 60 days, required the trial judge to see that a record of the hearing is made, and order the court reporter and the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the

trial court's signed order ruling on the motion for new trial. The order required those records to be filed on or before October 30, 2014.

No records were filed, and upon inquiry, this court was informed that a hearing was scheduled for November 20, 2014. When no records were filed within 30 days of the scheduled hearing, this court inquired further, and was informed that the hearing was continued to January 9, 2015. We therefore issue the following order:

The previous abatement is continued until January 23, 2015. The appeal will be reinstated on this court's active docket on that date. The record of the hearing and supplemental clerk's record are due on or before January 30, 2015. Appellant's supplemental brief, if any, is due on or before February 10, 2015. The State's response to appellant's supplemental brief, if any, is due on or before February 20, 2015. If the parties do not intend to file supplemental briefing, it is requested that they promptly inform the court. It is so ORDERED.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Wise.